George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jeannine Norris*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Jeannine Norris, | Case No.: 2:21-cv-02222-JCM-NJK |
|---|---|
| Plaintiff(s,) | **Stipulation to Dismiss Action with prejudice** |
| v. | |
| Educational Credit Management Corp., | |
| Defendant(s.) | |

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeannine Norris and Defendant Educational Credit Management Corp. by and through their respective Counsel, stipulate that Plaintiff's claims against Educational Credit Management Corp. and this action should be dismissed with prejudice.

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 15, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jeannine Norris*

**Law Offices of Amy N. Tirre**

/s/ Amy Tirre
Amy Tirre, Esq.
3715 Lakeside Dr., Suite A
Reno, Nevada 89509
*Counsel for Educational Credit Management Corp.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: March 4, 2022

STIPULATION                                            - 2 -